IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Hattons Ford Rd., LLC and New Vision Trust, CFBO Bobby L. Partain, Jr. IRA, <br><br> Plaintiffs, <br><br> vs. <br><br> Anderson County and Anderson County Council, <br><br> Defendants. | ) Civil Action Number:_____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **NOTICE OF REMOVAL** <br> ) <br> ) <br> ) <br> ) <br> ) |

Defendants Anderson County and Anderson County Council ("Defendants"), file this Notice of Removal of this action from the Court of Common Pleas for Anderson County, Tenth Judicial Circuit (Case Number 2024-CP-04-01870), to the United States District Court for the District of South Carolina, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446. Defendants present the following in support of removal:

1. In the above-entitled action the Plaintiff seeks to recover from Defendants judgment as reflected in the first and third causes of action in the Complaint for alleged due process violations pursuant to 42 U.S.C. § 1983.

2. Upon information and belief, at the time of the commencement of this action and at all times since then, the Plaintiffs are organizations organized and/or existing under the laws of the State of South Carolina, and the property at issue in this lawsuit is located in Anderson County, South Carolina.

3.    Pursuant to United States Code Ann. 28 U.S.C. § 1331, the District Courts have original jurisdiction in all civil actions arising under the Constitution, laws, or treaties of the United states. This action alleges federal questions and/or claims which come within the original jurisdiction of the United States District Court.

4.    Upon information and belief, said action was commenced by service of the Amended Summons and Amended Complaint upon Defendants on October 10, 2024. Copies of the original Summons and Complaint, the Amended Summons and Amended Complaint, and the Acceptance of Service forms are attached hereto. To the best of Defendants' knowledge, these are the only documents filed in the State Court's record as of the date of this Notice of Removal. This Notice of Removal is filed pursuant to 28 U.S.C. § 1446 within thirty (30) days of the receipt by Defendants of the pleading setting forth the demand upon which relief is claimed.

5.    In compliance with 28 U.S.C. § 1446(d), Defendants have filed this Notice of Removal with the Anderson County Clerk of Court's Office and has served the Notice on the Plaintiffs through the e-filing system with the Anderson County Court of Common Pleas.

Wherefore, Defendants respectfully request that this Court accept this Notice of Removal which is being filed and that this Court take jurisdiction of the above-entitled cause and all further proceedings in said cause in the Court of Common Pleas, County of Anderson, State of South Carolina, bearing Civil Action Number 2024-CP-04- 01870 be stayed. Defendants reserve the right to assert all defenses, including but not limited to, defenses concerning personal jurisdiction and insufficient service of process.

**HOLCOMBE BOMAR, P. A.**

s/ A. Todd Darwin

A. Todd Darwin
Fed I.D. No. 6382
Post Office Box 1897
Spartanburg, South Carolina 29304
(864) 594-5300
tdarwin@holcombebomar.com

Attorneys for Defendants Anderson County and
Anderson County Council

Spartanburg, South Carolina
November 8, 2024